Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-388-383**

**Effective Date of Registration:**
January 18, 2024

**Registration Decision Date:**
March 27, 2024

## Title

  **Title of Work:** Roy & Rita

## Completion/Publication

  **Year of Completion:** 2024
  **Date of 1st Publication:** January 10, 2024
  **Nation of 1st Publication:** United States

## Author

-  **Author:** Alison Friend
 **Author Created:** 2-D artwork
 **Citizen of:** United Kingdom

## Copyright Claimant

  **Copyright Claimant:** Alison Friend
  Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

  **Name:** Alina Shriver
  **Email:** alinamshriver@gmail.com
  **Telephone:** (305)778-7117
  **Address:** 1010 Hardee Rd
  Coral Gables, FL 33146 United States

## Certification

  **Name:** Alina Shriver
  **Date:** January 18, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-388-070**

**Effective Date of Registration:**
January 18, 2024

**Registration Decision Date:**
March 26, 2024

## Title

**Title of Work:** The First Bite Is The Sweetest

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** November 01, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 18, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-413-112**

**Effective Date of Registration:**
September 05, 2024

**Registration Decision Date:**
September 18, 2024

## Title

**Title of Work:** Taco Lover

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 05, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** September 05, 2024



Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-382-902**

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
February 16, 2024

---

### Title

**Title of Work:** One For Now A Couple For Later

### Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 18, 2023
**Nation of 1st Publication:** United States

### Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

### Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

### Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

### Certification

**Name:** Alina Shriver
**Date:** January 18, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-388-391**

**Effective Date of Registration:**
January 18, 2024
**Registration Decision Date:**
March 27, 2024

## Title

**Title of Work:** His Granny Knitted It!

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 10, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** January 18, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-413-347**

**Effective Date of Registration:**
September 05, 2024

**Registration Decision Date:**
September 19, 2024



## Title

        **Title of Work:** Me and You Time

## Completion/Publication

        **Year of Completion:** 2024
     **Date of 1st Publication:** January 15, 2024
    **Nation of 1st Publication:** United States

## Author

-         **Author:** Alison Friend
     **Author Created:** 2-D artwork
        **Citizen of:** United Kingdom

## Copyright Claimant

    **Copyright Claimant:** Alison Friend
    Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

        **Name:** Alina Shriver
        **Email:** alinamshriver@gmail.com
     **Telephone:** (305)778-7117
       **Address:** 1010 Hardee Rd
        Coral Gables, FL 33146 United States

## Certification

        **Name:** Alina Shriver
        **Date:** September 05, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-413-350**

**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 19, 2024

## Title

**Title of Work:** Bruno Ate Cookies

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 16, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Alison Friend
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Alison Friend
Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom

## Rights and Permissions

**Name:** Alina Shriver
**Email:** alinamshriver@gmail.com
**Telephone:** (305)778-7117
**Address:** 1010 Hardee Rd
Coral Gables, FL 33146 United States

## Certification

**Name:** Alina Shriver
**Date:** September 05, 2024

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-412-957**

**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
September 17, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | I Love My Duckie Too |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | August 11, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Alison Friend |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alison Friend |
| | Apartment 1, Loray House, Windermere, LA23 2EL, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Email:** | alinamshriver@gmail.com |
| **Telephone:** | (305)778-7117 |
| **Address:** | 1010 Hardee Rd |
| | Coral Gables, FL 33146 United States |

## Certification

| | |
|---|---|
| **Name:** | Alina Shriver |
| **Date:** | September 05, 2024 |

Page 1 of 2

